ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Symetrics Industries, LLC ) ASBCA No. 58001
)
Under Contract No. FA8540-06-D-0002 )

APPEARANCE FOR THE APPELLANT: Edward J. Kinberg, Esq.
Widerman Malek, PL
Melbourne, FL

APPEARANCES FOR THE GOVERNMENT: Col Matthew J. Mulbarger, USAF
Air Force Chief Trial Attorney
Lawrence M. Anderson, Esq.
Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE HARTMAN

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $747,360.00. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 14 October 2011 until date of payment.

Dated: 19 February 2016

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 58001, Appeal of Symetrics Industries, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals